IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE SMITH, | CASE NO. CV F 11-1655 LJO SKO |
| Plaintiff, | **ORDER TO VACATE HEARING AND SET BRIEFING SCHEDULE** (Doc. 7.) |
| vs. | |
| COUNTY OF STANISLAUS, | |
| Defendant. | |
| _____/ | |

With reassignment of this action, this Court:

1. VACATES the January 30, 2012 hearing on defendant's F.R.Civ.P. 12 motion;

2. ORDERS plaintiff, no later than January 17, 2012, to file and serve papers in response to defendant's F.R.Civ.P. 12 motion; and

3. ORDERS defendant, no later than January 24, 2012 to file reply papers, as necessary.

Pursuant to its practice, this Court will consider defendant's F.R.Civ.P. 12 motion on the record without a hearing. *See* Local Rule 230(g).

IT IS SO ORDERED.

**Dated:    December 20, 2011**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1